# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

141241

In Re DAVID G. MYERS
Referee,                                             SC: 141241
Sanilac County Friend of the Court        JTC:   Formal Complaint No. 86
_____

On order of the Chief Justice, the motion by the Judicial Tenure Commission for withdrawal of the request for appointment of a master is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2010 _____          _____
                                                                  Clerk